No. 14-71267

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

HELPING HAND TOOLS, AND ROB SIMPSON,
              *Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.
              *Respondents*,

And,

PIO PICO ENERGY CENTER, LLC
              *Intervenor/Respondent.*

**MOTION FOR VOLUNTARY DISMISSAL**

ANDREW KINGSDALE
LAW OFFICE OF ANDREW S. KINGSDALE
1963 McAllister Street, Unit 7
San Francisco, CA 94115
Telephone: (215) 870-5397
akingsdale@yahoo.com

*Counsel for Petitioners Helping Hand Tools and Rob Simpson*

Pursuant to Federal Rule of Appellate Procedure 42(b), Petitioners Helping Hand Tools and Rob Simpson hereby move to voluntarily dismiss their Petition for Review with prejudice.

Counsel for Petitioners has consulted with counsel for Respondents and counsel for Respondent-Intervenors, and each party has agreed to bear responsibility for their own costs.

Respectfully submitted this 16th day of June, 2014.

                                        s/ Andrew Kingsdale

Andrew Kingsdale
Law Office of Andrew S. Kingsdale
1963 McAllister Street, Unit 7
San Francisco, CA 94115
Telephone: (215) 870-5397
Email: akingsdale@yahoo.com

*Counsel for Petitioners Helping Hand Tools and Rob Simpson*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on the 16th day of June, 2014. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                s/ Andrew Kingsdale

                                                Andrew Kingsdale

                                                *Counsel for Petitioners Helping Hand Tools and Rob Simpson*